

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00160-CR

_____

MICHAEL CLIFFORD SINGLETON, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from County Criminal Court No. 10
Tarrant County, Texas
Trial Court No. 1831930

---

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Memorandum Opinion by Chief justice Sudderth

## MEMORANDUM OPINION

Appellant Michael Clifford Singleton attempts to appeal from an order granting his plea in bar, i.e., an order that bars his prosecution for the underlying misdemeanor offense. *See* Tex. Penal Code Ann. § 12.45 (barring prosecution of offense when defendant—with the State's agreement—admits guilt and requests that court consider his guilt in assessing his sentence for another offense); *Hilburn v. State*, 946 S.W.2d 885, 886 (Tex. App.—Fort Worth 1997, no pet.) (per curiam) (explaining that, "[i]f an unadjudicated offense is admitted before the trial court, and the court agrees to a defendant's request to take that offense into account when assessing punishment for some other offense(s), [then] the defendant is granted a plea in bar, and there can be no prosecution for the unadjudicated offense"). But "we do not have jurisdiction to hear a purported appeal from a judgment granting a plea in bar." *Hilburn*, 946 S.W.2d at 886; *see Graham-O'Dell v. State*, No. 02-23-00264-CR, 2023 WL 7210161, at *1 (Tex. App.—Fort Worth Nov. 2, 2023, no pet.) (mem. op., not designated for publication); *Courtney v. State*, Nos. 02-22-00161-CR, 02-22-00162-CR, 2022 WL 17494604, at *1 (Tex. App.—Fort Worth Dec. 8, 2022, no pet.) (per curiam) (mem. op., not designated for publication).

Given this jurisdictional flaw, we sent Singleton a letter warning that we could dismiss his appeal unless, within ten days, he showed grounds for continuing it. *See* Tex. R. App. P. 44.3. More than ten days have passed, and we have not received a response.

Therefore, we dismiss Singleton's appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f); *Graham-O'Dell*, 2023 WL 7210161, at *1; *Courtney*, 2022 WL 17494604, at *1; *Hilburn*, 946 S.W.2d at 886.

/s/ Bonnie Sudderth

Bonnie Sudderth
Chief Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: June 26, 2025